United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 12-21677-jkf
James M. Loftus                                                        Chapter 13
Judy A. Loftus
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 3              Date Rcvd: Mar 19, 2018
                              Form ID: 138NEW             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
```
db/jdb         +James M. Loftus,    Judy A. Loftus,    739 Ross Drive,    Feasterville, PA 19053-1913
cr              FIA Card Services, N. FIA Card Services, N. A.,    4161 Piedmont Parkway,    NC4 105 03 14,
                 Greensboro, NC 27410
cr             +Lease Corporation of America,    c/o Jodi L. Hause, Bernstein-Burkley PC,
                 707 Grant Street, Suite 2200,    Gulf Tower,    Pittsburgh, PA 15219-1945
13077103        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12933389       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
12933391      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998)
12933392      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
12985016        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13065858        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12933394       +Chase,    201 N. Walnut St/ De1-1027,    Wilmington, DE 19801-2901
12933397       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13085948       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
12933398       +Credit First N A,    6275 Eastland Road,    Brook Park, OH 44142-1399
12933402        Elan Financial Service,    Cb Disputes,    St Louis, MO 63166
12946318        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
12933405       +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
12933407       +Law Offices Of Deborah S. Ashen, LTD,    217 N. Jefferson, Ste 601,    Chicago, IL 60661-1114
12997358       +Lease Coporation of America,    c/o Jodi L. Hause, Bernstein-Burkley, PC,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
12933408       +Navy Federal Cr Union,    Po Box 3700,    Merrifield, VA 22119-3700
12933410       +PA Department of Revenue,    3240 Red Lion Road,    Philadelphia, PA 19114-1109
12933411       +PNC,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
12933412       +PNC Bank,    1600 Market Street 11th Floor,    Philadelphia, PA 19103-7243
12933413       +Specialized Loan Servi,    8742 Lucent Blvd.#300,    Highlands Ranch, CO 80129-2386
13037842       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
12933415       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
12997357       +Wells Fargo Equipment Finance,    c/o Jodi L. Hause, Bernstein-Burkley, P.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Mar 20 2018 01:52:15     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2018 01:51:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 20 2018 01:52:15     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 01:54:53     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2018 02:08:23
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 20 2018 01:52:27
                 Wells Fargo Equipment Finance, Inc.,    c/o Bernstein-Burkley, P.C.,    ATTN: Jodi L. Hause,
                 707 Grant Street, Suite 2200,    Gulf Tower,    Pittsburgh, PA 15219-1945
12982446        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 20 2018 01:54:29
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13020129       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 20 2018 01:54:28     CACH, LLC,
                 4340 S. MONACO ST.,    2ND FLOOR,    DENVER, CO 80237-3485
12933399       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 20 2018 01:54:59     Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
12937110        E-mail/Text: mrdiscen@discover.com Mar 20 2018 01:51:41     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
12933401       +E-mail/Text: mrdiscen@discover.com Mar 20 2018 01:51:41     Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12933403       +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 01:54:53     Gecrb/hh Gregg,    Po Box 981439,
                 El Paso, TX 79998-1439
12933404       +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 01:54:24     Gecrb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
12933400        E-mail/Text: cio.bncmail@irs.gov Mar 20 2018 01:51:45     Department Of The Treasury,    IRS,
                 Cincinnati, OH  45999-0039
12933406       +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 20 2018 01:51:42     Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
12946768       +E-mail/Text: ext_ebn_inbox@navyfederal.org Mar 20 2018 01:52:30     Navy Federal Credit Union,
                 PO Box 3000,    Merrifield, VA 22119-3000
12933409       +Fax: 407-737-5634 Mar 20 2018 03:40:34      Ocwen,    1661 Worthington Road Ste 100,
                 West Palm Beach, FL 33409-6493
```

```
District/off: 0313-2           User: Jennifer              Page 2 of 3                  Date Rcvd: Mar 19, 2018
                               Form ID: 138NEW             Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12990664          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2018 01:54:27
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12963173          E-mail/PDF: rmscedi@recoverycorp.com Mar 20 2018 01:54:57
                   Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
13081918          E-mail/Text: bankruptcy@td.com Mar 20 2018 01:52:06      TD Bank N.A.,    Attn: Bankruptcy Dept.,
                   ME2-002-035,    P.O. Box 9547,   Portland, ME 04112-9547
12933414          E-mail/Text: bankruptcy@td.com Mar 20 2018 01:52:06      Td Bank N.a.,    32 Chestnut Street,
                   Lewiston, ME  04240
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12962052          12-21677
cr*               FIA Card Services, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC  27410
13081913*         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12962053*        +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
12962055*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX  79998)
12933390*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998)
12962054*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX  79998)
12962056*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court: Cap One,    Po Box 85520,    Richmond, VA  23285)
12962057*        +Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
12962058*        +Chase,    201 N. Walnut St/ De1-1027,    Wilmington, DE 19801-2901
12933395*        +Chase,    201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
12962059*        +Chase,    201 N. Walnut St//de1-1027,    Wilmington, DE 19801-2920
12933396*        +Chase,    201 N. Walnut St/Del-1027,    Wilmington, DE 19801-2901
12962060*        +Chase,    201 N. Walnut St/Del-1027,    Wilmington, DE 19801-2901
12962061*        +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
12962062*        +Credit First N A,    6275 Eastland Road,    Brook Park, OH 44142-1399
12962063*        +Credit One Bank,    Po Box 98872,    Las Vegas, NV 89193-8872
12962065*        +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
12962066*         Elan Financial Service,    Cb Disputes,    St Louis, MO  63166
12962067*        +Gecrb/hh Gregg,    Po Box 981439,    El Paso, TX 79998-1439
12962068*        +Gecrb/lowes,    Po Box 956005,    Orlando, FL 32896-0001
12962069*        +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
12962064*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                 (address filed with court: Department Of The Treasury,    IRS,    Cincinnati, OH  45999-0039)
12962070*        +Kohls/capone,    Po Box 3115,    Milwaukee, WI 53201-3115
12962071*        +Law Offices Of Deborah S. Ashen, LTD,    217 N. Jefferson, Ste 601,    Chicago, IL 60661-1114
12962072*        +Navy Federal Cr Union,    Po Box 3700,    Merrifield, VA 22119-3700
12962073*        +Ocwen,    1661 Worthington Road Ste 100,    West Palm Beach, FL 33409-6493
12962074*        +PA Department of Revenue,    3240 Red Lion Road,    Philadelphia, PA 19114-1109
12962075*        +PNC,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
12962076*        +PNC Bank,    1600 Market Street 11th Floor,    Philadelphia, PA 19103-7243
13008424*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk, VA 23541)
13010784*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk, VA 23541)
12962077*        +Specialized Loan Servi,    8742 Lucent Blvd.#300,    Highlands Ranch, CO 80129-2386
12962078*       ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                 (address filed with court: Td Bank N.a.,    32 Chestnut Street,    Lewiston, ME  04240)
12962079*        +Wells Fargo Equipment Finance,    733 Marquette Avenue South,    Minneapolis, MN 55402-2340
12933393         ##+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
12933416         ##+Wells Fargo Equipment Finance,    733 Marquette Avenue South,    Minneapolis, MN 55402-2340
                                                                                   TOTALS: 1, * 34, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0313-2          User: Jennifer              Page 3 of 3              Date Rcvd: Mar 19, 2018
                              Form ID: 138NEW             Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JODI L. HAUSE    on behalf of Creditor   Wells Fargo Equipment Finance, Inc.
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor   Lease Corporation of America
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              JOHN M. KENNEY    on behalf of Joint Debtor Judy A. Loftus jken330@comcast.net,
               Kathy@jkenneylaw.com
              JOHN M. KENNEY    on behalf of Debtor James M. Loftus jken330@comcast.net, Kathy@jkenneylaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: James M. Loftus and Judy A. Loftus
     Debtor(s)

Bankruptcy No: 12−21677−jkf
Chapter: 13

---

## *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

          For The Court

          Timothy B. McGrath
          Clerk of Court

Dated: 3/19/18

78 − 77
Form 138_new