United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James M. Loftus
Judy A. Loftus
    Debtors

Case No. 12-21677-jkf
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: May 29, 2018
                             Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db/jdb         +James M. Loftus,    Judy A. Loftus,    739 Ross Drive,    Feasterville, PA 19053-1913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
         JODI L. HAUSE    on behalf of Creditor    Wells Fargo Equipment Finance, Inc.
          jodi.hause@phelanhallinan.com,    paeb@fedphe.com
         JODI L. HAUSE    on behalf of Creditor    Lease Corporation of America
          jodi.hause@phelanhallinan.com,    paeb@fedphe.com
         JOHN M. KENNEY    on behalf of Joint Debtor Judy A. Loftus jken330@comcast.net,
          Kathy@jkenneylaw.com
         JOHN M. KENNEY    on behalf of Debtor James M. Loftus jken330@comcast.net,    Kathy@jkenneylaw.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                  TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                      : Chapter 13

James M. Loftus and Judy A. Loftus                       : Case No. 12–21677–jkf
    Debtor(s)

### ORDER
_____

    AND NOW, this day , May 29, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

               By The Court

               Jean K. FitzSimon
               Judge , United States Bankruptcy Court